**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **EDNA FLETCHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civ. No. 2:10-cv-00213 |
| v. ) | |
| ) | Judge Marbley |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | Magistrate Judge King |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 10, 2011, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further consideration. *Report and Recommendation*, Doc. No. 21. Although the parties were advised of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, *id*., there has been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is ADOPTED and AFFIRMED. The decision of the Commissioner is REVERSED and this matter is REMANDED to the Commissioner of Social Security for further proceedings.

The Clerk is DIRECTED to enter FINAL JUDGMENT pursuant to Sentence 4 of 42 U.S.C. §405(g).

    *s/Algenon L. Marbley*
    Algenon L. Marbley
    United States District Judge