**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **EDNA FLETCHER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 2:10-cv-00213 |
| V. | ) | |
| | ) | Judge Marbley |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | Magistrate Judge King |
| | ) | |
| Defendant. | ) | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 2, 2011 Order, the Court ADOPTED the Report and Recommendation, REVERSED the decision of the Commissioner. The matter is REMANDED to the Commissioner for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

Date: **March 2, 2011**        **James Bonini, Clerk**

                                         s/Betty L. Clark
                                         Betty L. Clark/Deputy Clerk