UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDNA FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. No. 2:10-cv-00213 |
| v. | ) | |
| | ) | Judge Marbley |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | Magistrate Judge McCann King |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the parties' joint stipulation, Doc. No. 25, plaintiff is **AWARDED** $5,152.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

                                            *s/Algenon L. Marbley*
                                                Algenon L. Marbley
                                          United States District Judge